No. 84–483. ARKANSAS PUBLIC SERVICE COMMISSION ET AL. v. SOUTHWESTERN BELL TELEPHONE CO. C. A. 8th Cir. The

Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE O'CONNOR took no part in the consideration or decision of this order.